HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GAZELLE JAVANTASH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GAZELLE JAVANTASH,<br><br>Defendants. | Case No. 1:26-mj-00008-SAB<br><br>**STIPULATION TO VACATE STATUS CONFERENCE; VACATE TRIAL DATE; AND SET FOR CHANGE-OF-PLEA HEARING; ORDER**<br><br>Date: September 10, 2026<br>Time: 9:00 a.m.<br>Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Brendan Daly, counsel for plaintiff, Assistant Federal Defender Laura Myers, counsel for Gazelle Javantash, that the Court may vacate the status conference currently scheduled for August 13, 2026, at 10:00 vacate the trial date set for August 28, 2026, at 9:00 a.m., and set a change-of-plea and sentencing hearing on September 10, 2026, at 9:00 a.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on August 13, 2026, at 10:00 a.m, and for a trial on August 28, 2026, at 9:00 a.m.
2. A superseding information was filed on August 4, 2026.
3. Ms. Javantash intends to enter pleas of guily to the charges in the superseding information.

3. The parties therefore request that the Court vacate the August 13, 2026, status conference and the August 28, 2026 trial and set a change-of-plea and sentence hearing on September 10, 2026, at 9:00 a.m.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: August 6, 2026

*/s/ Brendan Daly*
BRENDAN DALY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 6, 2026

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
GAZELLE JAVANTASH

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for August 13, 2026, at 10:00 a.m. is vacated. The trial currently scheduled for August 28, 2026, is vacated. An Arraignment and Plea re Superseding Information and Sentencing hearing is hereby set for September 10, 2026, at 9:00 a.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone. Defendant is ordered to be present.

IT IS SO ORDERED.

Dated: **August 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge